UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RICHARD MARTIN, derivatively on behalf of FISERV, INC., <br><br>     Plaintiff, <br> v. <br><br>FRANK J. BISIGNANO, MICHAEL P. LYONS, STEPHANIE COHEN, HENRIQUE DE CASTRO, HARRY F. DISIMONE, LANCE M. FRITZ, AJEI GOPAL, WAFAA MAMILLI, DOYLE R. SIMONS, KEVIN M. WARREN, AND CHARLOTTE YARKONI, <br><br>     Defendants, <br><br> and <br><br>FISERV, INC., <br><br>     Nominal Defendant. | Civil Action No. 2:25-cv-001951-BHL <br><br>STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS; ESTABLISHING BRIEFING SCHEDULE REGARDING LEAD COUNSEL MOTIONS; AND WAIVING SERVICE |
| NATHAN C. SILVA, Derivatively on Behalf of FISERV, INC., <br><br>     Plaintiff, <br> v. <br><br>FRANK J. BISIGNANO, ROBERT W. HAU, MIKE LYONS, KENNETH F. BEST, HENRIQUE DE CASTRO, STEPHANIE COHEN, HARRY F. DISIMONE, LANCE FRITZ, AJEI GOPAL, WAFAA MAMILLI, DOYLE R. SIMONS, KEVIN M. WARREN, CHARLOTTE YARKONI, and HEIDI G. MILLER, <br><br>     Defendants, <br><br> -and- <br><br>FISERV, INC., <br><br>     Nominal Defendant. | Civil Action No. 2:26-cv-00134-BHL |

[Caption continued on next page.]

| | |
|---|---|
| GARY PETERSON, Derivatively on Behalf of FISERV, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL P. LYONS, ROBERT W. HAU, KENNETH F. BEST, HARRY F. DISIMONE, HENRIQUE DE CASTRO, WAFAA MAMILLI, CHARLOTTE YARKONI, LANCE M. FRITZ, AJEI S. GOPAL, STEPHANIE E. COHEN, FRANK BISIGNANO, DOYLE R. SIMONS, HEIDI G. MILLER, and KEVIN M. WARREN,<br><br>                Defendants,<br><br>    -and-<br><br>FISERV, INC., a Wisconsin Corporation,<br><br>                Nominal Defendant. | Civil Action No. 2:26-cv-00183-BHL |

WHEREAS, there are currently three related shareholder derivative actions brought by Gary Peterson, Nathan C. Silva, and Richard Martin (together, "Plaintiffs") pending before this Court against defendants Michael P. Lyons, Robert W. Hau, Kenneth F. Best, Harry F. DiSimone, Henrique De Castro, Wafaa Mamilli, Charlotte Yarkoni, Lance M. Fritz, Ajei S. Gopal, Stephanie E. Cohen, Frank Bisignano, Doyle R. Simons, Heidi G. Miller, and Kevin M. Warren (together, the "Individual Defendants"), who are allegedly current or former directors and officers of nominal defendant Fiserv, Inc ("Fiserv" or the "Company") (collectively with the Individual Defendants, "Defendants"): (i) *Martin v. Bisignano, et al.*, Case No. 2:25-cv-01951-BHL (the "*Martin* Action"); (ii) *Silva v. Bisignano, et al.*, Case No. 2:26-cv-00134-BHL (the "*Silva* Action"); and (iii) *Peterson v. Lyons, et al.*, Case No. 2:26-cv-00183-BHL (the "*Peterson* Action," and together, the "Related Actions");

WHEREAS, Rule 42(a) of the Federal Rules of Civil Procedure provides that when actions involve "a common question of law or fact," the court may: "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, Plaintiff in the *Martin* Action filed and served a motion to consolidate the Related Actions for all purposes on February 18, 2026 (ECF No. 6);

WHEREAS, the parties agree that the Related Actions arise out of certain similar alleged factual circumstances, challenge similar alleged misconduct by certain current and former directors and executive officers, and involve common questions of law and fact;

WHEREAS, the parties agree that the derivative claims raised in the Related Actions have different procedural and substantive requirements from the securities class action claims presently before the Court in the case captioned *Cypanga Sicav SIF v. Fiserv Inc., et al.*, Case No. 2:25-cv-01716 (the "Securities Action");

WHEREAS, the parties therefore agree that the Related Actions should be related and consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action (hereinafter referred to as the "Consolidated Derivative Action"), in order to avoid duplication of effort and potentially conflicting results, and to conserve party and judicial resources;

WHEREAS, counsel for Plaintiffs in the Related Actions have conferred, and agree that a plaintiffs' leadership structure should be appointed in order to fully realize the efficiencies promised by consolidation and to ensure the effective prosecution of the related derivative claims;

WHEREAS, Plaintiffs in the Related Actions agree that motion practice will be required to resolve their disputes regarding the appropriate plaintiffs' leadership structure for the Consolidated Derivative Action;

WHEREAS, counsel for Plaintiffs in the Related Actions agree that the proposed common briefing schedule should govern the forthcoming competing motions for appointment of lead counsel, and that all material relating to that briefing should be filed in the Consolidated Derivative Action only;

WHEREAS, Defendants take no position regarding the appointment of a plaintiffs' leadership structure or the proposed schedule for briefing of that matter, but agree that further proceedings relating to the merits of the Related Actions should be held in abeyance until the dispute regarding plaintiffs' leadership is resolved, as set forth in paragraphs 8 and 9 below; and

WHEREAS, Defendants have agreed to waive service of process of the initial complaints in the Related Actions, reserving all rights.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record and subject to Court approval, as follows:

1. Defendants hereby waive service of the Summons and Complaints in the Related Actions (to the extent that service has not yet been perfected on any Defendant) and any defense based upon the sufficiency of service of process, provided, however, that no other defense to the claims in the Related Actions is prejudiced or waived by the execution of, agreement to, or filing of this stipulation, or by the agreement to accept service in the Related Actions.

2. The following actions are hereby related and consolidated for all purposes, including pre-trial proceedings, trial, and settlement:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Martin v. Bisignano, et al.* | 2:25-cv-01951-BHL | December 10, 2025 |
| *Silva v. Bisignano, et al.* | 2:26-cv-00134-BHL | January 27, 2026 |
| *Peterson v. Lyons, et al.* | 2:26-cv-00183-BHL | February 3, 2026 |

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE FISERV, INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 2:25-cv-001951-BHL<br><br>(Consolidated with Case Nos. 2:26-cv-00134-BHL and 2:26-cv-00183-BHL) |
| This Document Relates To:<br><br>ALL ACTIONS. | |

4. The files of the Consolidated Derivative Action shall be maintained in one file under Master Docket No. 2:25-cv-001951-BHL.

5. This Order approving the parties' stipulation shall apply to each derivative case arising out of the same or similar transactions and/or events as the Related Actions which is subsequently filed in, remanded to, or transferred to this Court. When a case which properly

belongs as part of *In re Fiserv, Inc. Shareholder Derivative Litigation*, Lead Case No. 2:25-cv-001951-BHL, is hereafter filed in, remanded to, or transferred to this Court, counsel for the parties shall call such filing, remand, or transfer to the attention of the clerk of this Court for purposes of moving the Court for an order consolidating such case(s). Counsel for the parties will further assist in assuring that counsel for the parties in such subsequent action(s) receive notice of this Order.

6. This Stipulation and Order is without prejudice to any and all defenses which Defendants may assert in this or any of the above-referenced actions and without prejudice to any and all claims Plaintiffs may assert.

7. Opening briefs in support of the anticipated competing motions for appointment of lead counsel shall be filed within ten (10) business days of the entry of this consolidation order and briefs in response shall be filed within five (5) business days later.

8. Defendants need not respond to the complaints filed in the Related Actions or any other complaint now pending before, or later filed in, remanded to, or transferred to, this Court which arises out of the same or similar allegations as contained in the Related Actions.

9. Within thirty days (30) days after issuance of an order appointing lead counsel, lead counsel and counsel for Defendants shall meet and confer regarding scheduling and any other matters, and thereafter file a joint status report to the Court within ten (10) days thereafter.

STIPULATED TO AND APPROVED BY:

Dated: February 26, 2026  **DeWiTT LLP**

*Electronically signed by Olivia M. Kelley*
Shannon A. Allen (#1024558)
Olivia M. Kelley (#1056759)
13845 Bishops Drive, Suite 300
Brookfield, WI 53005-6617
Telephone: (262) 754-2863
E-mail: saa@dewittllp.com
　　　　omk@dewittllp.com

Barret V. Van Sicklen (#1060852)
2 East Mifflin Street, Suite 600
Madison, WI 53703-2865
Telephone: (608) 252-9386
Facsimile: (608) 252-9243
E-mail: bvv@dewittllp.com

**ROBBINS LLP**
Brian J. Robbins
Stephen J. Oddo
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
          soddo@robbinsllp.com

*Attorneys for Plaintiff Gary Peterson*

| | |
|---|---|
| Dated: February 26, 2026 | **RIGRODSKY LAW, P.A.** |

*Electronically signed by Gina M. Serra*
Gina M. Serra
1007 North Orange Street, Suite 453
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
E-mail: gms@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
E-mail: jgrabar@grabarlaw.com

*Attorneys for Plaintiff Nathan C. Silva*

| | |
|---|---|
| Dated: February 26, 2026 | **MALLERY SC** |

*Electronically signed by Andrew G. Frank*
Andrew G. Frank
731 North Jackson Street, Suite 900
Milwaukee, Wisconsin 53202
Telephone: (414) 271-2424
Facsimile: (414) 271-8678
E-mail: afrank@mallerysc.com

|  | **THE SCHALL LAW FIRM** |
|---|---|
|  | Brian J. Schall |
|  | Andrew J. Brown |
|  | Adam L. Rosen |
|  | 2049 Century Park East, Suite 2460 |
|  | Los Angeles, CA 90067 |
|  | Telephone: (310) 301-3335 |
|  | Facsimile: (213) 519-5876 |
|  | Email: brian@schallfirm.com |
|  | andrew@schallfirm.com |
|  | adam@schallfirm.com |
|  |  |
|  | *Attorneys for Plaintiff Richard Martin* |
| Dated: February 26, 2026 | **SULLIVAN & CROMWELL LLP** |
|  | *Electronically signed by Alexander J. Willscher* |
|  | Alexander J. Willscher (Bar No. 4860755) |
|  | Brian T. Frawley (Bar No. 2586048) |
|  | Julia A. Malkina (Bar No. 5054572) |
|  | 125 Broad Street |
|  | New York, NY 10004 |
|  | Telephone: (212) 588-4000 |
|  | Facsimile: (212) 588-3588 |
|  | Email: willschera@sullcrom.com |
|  | frawleyb@sullcrom.com |
|  | malkinaj@sullcrom.com |
|  |  |
|  | *Attorneys for Defendants Frank J. Bisignano, Robert W. Hau, Michael P. Lyons, Kenneth F. Best, Henrique De Castra, Stephanie E. Cohen, Harry F. DiSimone, Lance M. Fritz, Ajei S. Gopal, Wafaa Mamilli, Doyle R. Simons, Kevin M. Warren, Charlotte B. Yarkoni, Heidi G. Miller, and Nominal Defendant Fiserv, Inc.* |

IT IS SO ORDERED, THIS _____ DAY OF _____, 2026.

                                                                               HONORABLE BRETT H. LUDWIG
                                                                               DISTRICT COURT JUDGE